**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| ROMARCUS DEON MARSHALL, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-44 |
| | § | |
| RAFAEL MENCHACA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court is in receipt of Plaintiff Romarcus Deon Marshall's ("Marshall") Motion for Leave to Amend Complaint, Dkt. No. 32; Marshall's Motion to Alter or Amend the Judgment, Dkt. No. 33; the Magistrate Judge's Memorandum and Recommendation ("M&R") to deny Plaintiff's motions to amend complaint and alter and amend the judgment, Dkt. No. 34; and Plaintiff's Objection the M&R, Dkt. No. 35.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 34. Accordingly, the Court **DENIES** Plaintiff's Rule 15(a) and Rule 59(e) motions, Dkt. Nos. 32 and 33.

SIGNED this 5th day of June 2019.

_____
Hilda Tagle
Senior United States District Judge